UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:09-cv-02869-JHN-MANx | Date | January 8, 2010 |
|---|---|---|---|
| Title | Mario Rene Maldonado v. PLM Lender Service, Inc. et al | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | | |
|---|---|---|---|
| Alicia Mamer | Not Reported | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:** ORDER TO SHOW CAUSE re DISMISSAL FOR LACK OF PROSECUTION (In Chambers)

The Court, on its own motion, ORDERS that plaintiff show cause in writing on or before **February 1, 2010**, why this action should not be dismissed for lack of prosecution. The plaintiff did not participate in the Scheduling Conference under Fed. R. Civ. P. 26(f).

The Court has been advised that the defendants have had difficulty reaching the plaintiff. Plaintiff is herein reminded of his duty to keep his contact information (address, telephone number, etc.) current pursuant to L.R. 83-2.10.3 and L.R. 83-2.7.

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.11, oral argument will not be heard in this matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of plaintiff's response. Failure to respond to the Court's order may result in the dismissal of the action.

| | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |